|   |   |
|---|---|
| 1 | TIMOTHY COURCHAINE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | DIAMOND J. ZAMBRANO<br>Assistant U.S. Attorney |
| 4 | Arizona State Bar No. 036390<br>Two Renaissance Square |
| 5 | 40 N. Central Ave., Ste. 1800<br>Phoenix, Arizona 85004 |
| 6 | Telephone: 602-514-7500<br>Email: Diamond.Zambrano@usdoj.gov |
| 7 | Attorneys for Plaintiff |

☒ FILED  ☐ LODGED

**SEPT 18 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 25-05415MJ |
|---|---|
| Plaintiff, | **STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS** |
| v. |  |
| Shay Nycole Fernandez, |  |
| Defendant. |  |

The United States of America, through undersigned counsel, and the defendant, Shay Nycole Fernandez, do hereby stipulate and agree as follows:

(1) Angelica Maria Zacarias Bail De Mauricio, (hereafter the "Material Witness") is not a citizen or national of the United States;

(2) The Material Witness entered the United States illegally on or about September 4, 2025, and was unlawfully present in the United States on September 8, 2025;

(3) On September 8, 2025, the Material Witness was transported in a vehicle, and the defendant, Shay Nycole Fernandez, was the front-sear passenger of that vehicle;

(4) The defendant has been provided discovery in the above-captioned matter Bates stamped 1-50;

(5) The parties may elicit hearsay testimony from government witnesses regarding any statements made by the above-referenced material witness contained in the

discovery provided to the defendant, and such testimony shall be admitted as substantive evidence in any hearing or trial in the above-captioned matter;

(6) As a result of this stipulation, the Material Witness will be returned to her country of origin; and

(7) The parties agree the Material Witness will be unavailable at trial under Rule 804 of the Federal Rules of Evidence, and the defendant waives all rights to confront or cross-examine the Material Witness.

Based on the foregoing, the parties jointly move for the release of the above-named Material Witness to the Department of Homeland Security for return to her country of origin.

Dated this __18__ day of _September_____, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Diamond Zambrano*
DIAMOND J. ZAMBRANO
Assistant U.S. Attorney

PHILIP SEPLOW
Attorney for Defendant

*Shay Fernandez*
SHAY NYCOLE FERNANDEZ
Defendant

- 2 -